## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DASHANTE SCOTT JONES,<br>*Plaintiff*,<br><br>v.<br><br>WAGNER, et al.,<br>*Defendants*. | :<br>:<br>:<br>: No. 3:20-cv-475 (VAB)<br>:<br>:<br>:<br>: |

## ORDER

In response to an order from the Court, *see* Order, ECF No. 10 (Aug. 10, 2020), Dashante Scott Jones ("Plaintiff") has informed the Court that the defendant named in the Complaint as Nurse Roderick is actually Nurse Delrose Broderick, *see* Notice of Named Defendant, ECF No. 18 (Nov. 2, 2020).

The Clerk of Court is respectfully ordered to verify the current work address for Nurse Broderick with the Department of Correction Office of Legal Affairs, mail a waiver of service of process request packet to her by **November 24, 2020**, and report to the Court on the status of the waiver request by **December 29, 2020**. If Nurse Broderick fails to return the waiver request, the Clerk of Court shall make arrangements for in-person service by the U.S. Marshal Service on Defendant in her individual capacity and Defendant shall be required to pay the costs of such service in accordance with Federal Rule of Civil Procedure 4(d).

**SO ORDERED** at Bridgeport, Connecticut, this 3rd day of November, 2020.

/s/Victor A. Bolden
Victor A. Bolden
United States District Judge